# BALTES LAND, STONE & OIL COMPANY ET AL. *v.* SUTTON.

[No. 4,474.   Filed December 9, 1903.]

From Blackford Circuit Court; *H. J. Paulus,* Special Judge.

Action by James M. Sutton against the Baltes Land, Stone & Oil Company and others.   From a judgment for plaintiff, defendants appeal.   *Affirmed.*

*S. W. Cantwell, L. B. Simmons, R. B. Driebelbiss, Wilmer Leonard* and *Elmer Leonard,* for appellants.

*J. A. Hindman* and *M. M. Powell,* for appellee.

HENLEY. C. J.—The questions involved in this appeal are in all respects similar to those presented and decided in the case of *Baltes Land, etc., Co.* v. *Sutton, ante, 14.* The judgment is, upon the authority of the case cited, affirmed.

---

# BALTES LAND, STONE & OIL COMPANY ET AL. *v.* SUTTON.

[No. 4,475.   Filed December 9, 1903.]

From Blackford Circuit Court; *H. J. Paulus,* Special Judge.

Action by James M. Sutton against the Baltes Land, Stone & Oil Company and others.   From a judgment for plaintiff, defendants appeal.   *Affirmed.*

*S. W. Cantwell, L. B. Simmons, R. B. Driebelbiss, Wilmer Leonard* and *Elmer Leonard,* for appellants.

*J. A. Hindman* and *M. M. Powell,* for appellees.

HENLEY, C. J.—The questions involved in this appeal are in all respects similar to those presented and decided in the case of *Baltes Land, etc., Co.* v. *Sutton, ante, 14.* The judgment is, upon the authority of the case cited, affirmed.